NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CAP CO., LTD.,**
*Appellant*

**v.**

**MCAFEE, LLC, FKA MCAFEE, INC.,**
*Appellee*

---

2017-1989, 2017-1990, 2017-1991, 2017-1992

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-01855, IPR2015-01877, IPR2016-00216, IPR2016-00222.

---

**JUDGMENT**

---

BRUCE JOSHUA WECKER, Hausfeld LLP, San Francisco, CA, and ROBERT YORIO, Carr & Ferrell LLP, Menlo Park, CA, argued for appellant. Also represented by JOHN STEVEN FERRELL, WADE YAMAZAKI.

JAMES F. VALENTINE, Perkins Coie, LLP, Palo Alto, CA, argued for appellee. Also represented by NANCY CHENG; DAN L. BAGATELL, Hanover, NH; KYLE M. AMBORN, RYAN J. MCBRAYER, Seattle, WA.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, O'MALLEY, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| July 11, 2018 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |